# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Katarzyna Bardo | § | Case No. 15-14266 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 2,300.00 |
| Total Distributions to Claimants: 10,466.65 | Claims Discharged<br>Without Payment: 24,528.00 |
| Total Expenses of Administration: 16,158.44 | |

3) Total gross receipts of $ 33,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,874.91 (see **Exhibit 2**), yielded net receipts of $ 26,625.09 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,158.44 | 16,158.44 | 16,158.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,528.00 | 10,386.80 | 10,386.80 | 10,466.65 |
| **TOTAL DISBURSEMENTS** | $ 24,528.00 | $ 26,545.24 | $ 26,545.24 | $ 26,625.09 |

4) This case was originally filed under chapter 7 on 04/22/2015. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2018       By: /s/Frank J. Kokoszka, Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Petition to Quash Service of Summons and Vacate all Void Ord | 1229-000 | 33,500.00 |
| TOTAL GROSS RECEIPTS | | $ 33,500.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Katarzyna Bardo | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 6,874.91 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 6,874.91 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 3,412.51 | 3,412.51 | 3,412.51 |
| Frank J. Kokoszka | 2200-000 | NA | 77.82 | 77.82 | 77.82 |
| BOK Financial | 2600-000 | NA | 180.46 | 180.46 | 180.46 |
| Kokoszka & Janczur, P.C. | 3110-000 | NA | 4,200.00 | 4,200.00 | 4,200.00 |
| Kokoszka & Janczur, P.C. | 3120-000 | NA | 3.35 | 3.35 | 3.35 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 1,761.50 | 1,761.50 | 1,761.50 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 22.80 | 22.80 | 22.80 |
| Eryk Folmer | 3991-000 | NA | 6,500.00 | 6,500.00 | 6,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,158.44 | $ 16,158.44 | $ 16,158.44 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Afni Po Box 3068 Bloomington, IL 61702 | | 24,130.00 | NA | NA | 0.00 |
| | BB Convergent 800 SW 39th Street Renton, WA 98057 | | 207.00 | NA | NA | 0.00 |
| | Credit Managment Central 2707 Rapids Drive POB 4030 Racine, WI 53404 | | 52.00 | NA | NA | 0.00 |
| | NW COLLECTOR 3601 ALQONQUIN RD. Rolling Meadows, IL 60008 | | 139.00 | NA | NA | 0.00 |
| 1 | American Family Insurance Company | 7100-000 | NA | 10,386.80 | 10,386.80 | 10,386.80 |
| | American Family Insurance Company | 7990-000 | NA | NA | NA | 79.85 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 24,528.00 | $ 10,386.80 | $ 10,386.80 | $ 10,466.65 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 15-14266 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Katarzyna Bardo | | | | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/26/2015 |
| For Period Ending: | 10/16/2018 | | | | Claims Bar Date: | 09/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash On Hand  Amended Schedules filed on 05/16/2017 amending amount from $150 to $100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 2. Us Bank-Checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Furniture | 700.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. Petition to Quash Service of Summons and Vacate all Void Ord (u)  Amended schedules filed on 05/16/2017 (after case was reopened) | Unknown | 20,000.00 | | 33,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | | $2,300.00 | $20,000.00 | | $33,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Case was initially closed on 8/18/15 after a NDR was filed. Case was reopened.

Trustee has filed a Motion for Approval of Settlement. In response the Trustee has received a higher offer to sell the Estate's interest in the Debtor's Claim. A hearing has been set for bids on the sale of the Debtor's claim and approval of same.  - Frank J. Kokoszka 12/19/2017

Trustee has conducted a telephonic auction for the sale/settlement of the claims and will now seek court approval for the sale/settlement of claim.  - Frank J. Kokoszka 1/4/2018

Court has approved settlement of claim. Estate to receive funds in 14 days. Trustee has also filed a Motion to Retain Accountants  - Frank J. Kokoszka 1/12/2018

Trustee is awaiting tax returns. Also, an administrative claimant has contacted the trustee; trustee and claimant have reached an agreement in principal and is awaiting claimant's motion.     - Frank J. Kokoszka 5/5/2018

 Trustee has filed tax returns. Administrative claimant has filed Motion for allowance of Administrative Claims. - Frank J. Kokoszka 6/9/2018

Exhibit 8

Initial Projected Date of Final Report (TFR): 07/01/2018        Current Projected Date of Final Report (TFR): 09/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-14266  
Case Name: Katarzyna Bardo  
Taxpayer ID No: XX-XXX9111  
For Period Ending: 10/16/2018  

Trustee Name: Frank J. Kokoszka, Trustee  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX0333  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/18 | 5 | Fidelity National Title Insurance Company<br>10 South LaSalle<br>Suite 2750<br>Chicago, Il. 60603 | Settlement of Debtor's Claim Fidelity's share of Settlement approved by Bankruptcy Court on 1/24/18. Remainder of Settlement is due from Sutton Funding | 1229-000 | $5,000.00 | | $5,000.00 |
| 02/07/18 | 5 | Sutton Funding<br>c/o Bloom Murr Accomazzo & Siler, P.C.<br>410 77th Street, Suite 2400<br>Denver, Colorado 80202 | Settlement of Debtor's Claim Remainder of Settlement due from Sutton Funding pursuant to Court's Order. | 1229-000 | $28,500.00 | | $33,500.00 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.07 | $33,466.93 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.74 | $33,417.19 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.06 | $33,369.13 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.59 | $33,319.54 |
| 06/20/18 | 101 | Eryk Folmer<br>c/o Zane L. Zielinski<br>The Law Office of Zane L. Zielinski<br>6336 North Cicero Avenue, Suite 201<br>Chicago, Illinois 60646 | Payment to Professional Court Order on 6/20/18 allowing administrative claim. | 3991-000 | | $6,500.00 | $26,819.54 |
| 09/12/18 | 102 | Frank J. Kokoszka | Distribution | | | $3,490.33 | $23,329.21 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($3,412.51)<br>2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($77.82)<br>2200-000 | | | |

Page Subtotals: $33,500.00  $10,170.79

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-14266 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Katarzyna Bardo | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0333 |
| | Checking |
| Taxpayer ID No: XX-XXX9111 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/18 | 103 | Kokoszka & Janczur, P.C.<br>19 South LaSalle Street<br>Suite 1201<br>Chicago, Illinois 60603 | Distribution | | | $4,203.35 | $19,125.86 |
| | | Kokoszka & Janczur, P.C. | Final distribution representing a payment of 100.00 % per court order.     ($4,200.00) | 3110-000 | | | |
| | | Kokoszka & Janczur, P.C. | Final distribution representing a payment of 100.00 % per court order.     ($3.35) | 3120-000 | | | |
| 09/12/18 | 104 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph<br>Suite 1150<br>Chicago, IL 60606 | Distribution | | | $1,784.30 | $17,341.56 |
| | | Alan D. Lasko & Associates, P.C. | Final distribution representing a payment of 100.00 % per court order.     ($1,761.50) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | Final distribution representing a payment of 100.00 % per court order.     ($22.80) | 3420-000 | | | |
| 09/12/18 | 105 | American Family Insurance Company<br>C/O Keis George, Llp<br>55 Public Square, Suite 800<br>Cleveland, Ohio 44113 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $10,466.65 | $6,874.91 |
| | | | ($79.85) | 7990-000 | | | |
| | | American Family Insurance Company | Final distribution to claim 1 representing a payment of 100.00 % per court order.     ($10,386.80) | 7100-000 | | | |
| 09/12/18 | 106 | Katarzyna Bardo<br>29 W 025 GENEVA RD<br>WEST CHICAGO, IL  60185 | Distribution of surplus funds to debtor. | 8200-002 | | $6,874.91 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $33,500.00 | $33,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $33,500.00 | $33,500.00 |
| Page Subtotals: | $0.00 | $23,329.21 |

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $6,874.91 |
| Net | $33,500.00 | $26,625.09 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0333 - Checking | $33,500.00 | $26,625.09 | $0.00 |
| | $33,500.00 | $26,625.09 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $33,500.00 |
| Total Gross Receipts: | $33,500.00 |

Page Subtotals:       $0.00       $0.00